# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CORRALES, an individual; ROSAURA CORRALES, an individual; HEIDI GONZALEZ, individually and as successor-in-interest to Decedent Mizael Corrales; Z.C., a minor by and through Guardian Ad Litem, Amiregh Quezada, individually and as successor-in-interest to Decedent Mizael Corrales; C.C., a minor by and through Guardian Ad Litem, Amiregh Quezada, individually and as successor-in-interest to Decedent Mizael Corrales; A.C., a minor by and through Guardian Ad Litem, Amiregh Quezada, individually and as successor-in-interest to Decedent Mizael Corrales,<br><br>                                Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal entity; ANTHONY GARCIA, individually and in his official capacity as a deputy for the San Diego Sheriff's Department; and DOES 1–50, inclusive, individually and in their official capacity as deputies for the San Diego County Sheriff's Department,<br><br>                                Defendants. | Case No.:  3:23-cv-01468-AJB-VET<br><br>**ORDER GRANTING JOINT MOTION TO MOVE ENE AND CMC BY ONE WEEK**<br><br>**[Doc. No. 34]** |

Before the Court is the parties' Joint Motion to Move ENE and CMC by One Week ("Joint Motion"). Doc. No. 34. Therein, the parties request the Court continue the Early Neutral Evaluation and Case Management Conference ("ENE/CMC") currently set for July 12, 2024 to the following week. *Id.* at 3. Defendants cite a preexisting scheduling conflict that prevents Defendant Garcia from attending the ENE/CMC. *Id.* Plaintiffs object to one date the following week, July 16, but are otherwise amenable to the continuance. *Id.* The parties filed the Joint Motion nine (9) calendar days after the Court issued the Notice and Order Setting the ENE/CMC, in accordance with the Court's Order. *See* Doc. No. 33 at 6. Based on a review of the Joint Motion and the record, and good cause appearing, the Court GRANTS the parties' request to continue the ENE/CMC as requested.

The Court **ORDERS** the following:

1.　　The dates and deadlines set forth in the Court's prior Notice and Order Setting the ENE/CMC are hereby **VACATED**.

2.　　Counsel and party representatives must appear by videoconference for an ENE in this case on **July 15, 2024** at **1:30 p.m.** before Magistrate Judge Valerie E. Torres. If the case does not settle during the ENE, the Court will immediately proceed with the CMC.

3.　　Counsel must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **June 24, 2024**.

4.　　No later than **July 8, 2024**, each party must *lodge a confidential ENE Statement* by e-mail to the Court at efile_torres@casd.uscourts.gov.

5.　　Initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1)(A-D), must occur on or before **July 8, 2024**.

6.　　A Joint Discovery Plan must be filed on the CM/ECF system no later than **July 8, 2024**.

7.　　All other procedures and requirements set forth in the Court's prior Notice and Order Setting the ENE/CMC remain in effect. *See* Doc. No. 33.

**IT IS SO ORDERED.**

Dated:  May 29, 2024

Honorable Valerie E. Torres
United States Magistrate Judge

3:23-cv-01468-AJB-VET