**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
ANTHONY GARCIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CORRALES, an individual; ROSAURA CORRALES, an individual; HEIDI GONZALEZ, individually and as successor-in interest to Decedent Mizael Corrales; Z.C., a minor by and through Guardian Ad Litem, Amiregh Quezada, individually and as successor-in-interest to Decedent Mizael Corrales; C.C., a minor by and through Guardian Ad Litem, Amiregh Quezada, individually and as successor-in-interest to Decedent Mizael Corrales; A.C., a minor by and through Guardian Ad Litem Amiregh Quezada, individually and as successor-in-interest to Decedent Mizael Corrales, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN DIEGO, a municipal entity; ANTHONY GARCIA, individually and in his official capacity as a deputy for the San Diego County Sheriff's Department; and DOES 1-50, inclusive, individually and in their official capacity as deputies for the San Diego County Sheriff's Department, <br><br> Defendants. | Case No. 3:23-cv-01468-AJB-VET [*Hon. Anthony J. Battaglia, Dist. Judge; Hon. Valerie E. Torres, M. Judge*] <br><br> **[*DISCOVERY MATTER*]** <br><br> **STIPULATION AND JOINT REQUEST OF THE PARTIES FOR LIMITED EXTENSION OF THE FACT DISCOVERY DEADLINE ONLY SO AS TO ALLOW FOR DEFENDANTS' DEPOSITIONS OF HEIDI GONZALEZ AND AMIREGH QUEZADA; AND TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE IN THIS MATTER** <br><br> *[Filed Concurrently with (Proposed) Order]* <br><br> Complaint Filed: August 18, 2023 <br> Pre-Trial Conf: April 16, 2026 <br> Trial Date: None Yet Set |

158863067.1

**TO THE HONORABLE COURT:**

By and through their counsel of record in this action, Plaintiffs JOSE CORRALES, ROSAURA CORRALES, HEIDI GONZALEZ, Z.C., A.C. and C.C. individually and as successors in interest to decedent MIZAEL CORRALES ("Plaintiffs") and Defendants COUNTY OF SAN DIEGO ("County") and Deputy ANTHONY GARCIA (collectively the "Parties") hereby stipulate for the purpose of jointly requesting that the honorable Court: (1) Allow a limited modification to the case management dates and deadlines as to the fact discovery cutoff only as to allow for the depositions of Amiregh Quezada and Heidi Gonzalez; and (2) Continue the Mandatory Settlement Conference in this Matter from July 17, 2025, to a date amenable to the Court in January 2026.

## GOOD CAUSE STATEMENT.

1. This case arises from an officer-involved shooting that occurred on February 19, 2022, involving San Diego County Sheriff's Department Deputies ("SDCSD") and decedent Mizael Corrales: when SDCSD Deputy ANTHONY GARCIA deployed deadly force against Mr. Corrales. Plaintiffs contend this use of force was unconstitutional/unlawful, and they have filed various causes of action accordingly. Defendants dispute this claim.

2. On May 12, 2025, Defendant ANTHONY GARCIA ("Garcia") timely noticed the deposition of Plaintiff HEIDI GONZALEZ ("Gonzalez"), to be taken on June 2, 2025. Following a meet and confer conference with counsel for all parties on May 14, 2025, and after plaintiffs' counsel advised that Gonzalez could *only* be available for deposition on June 20, 2025, Defendant Garcia rescheduled and re-noticed Plaintiff Gonzalez's deposition accordingly, serving the corresponding amended notice on May 14, 2025.

3. Similarly, on May 12, 2025, Defendant Garcia noticed the deposition of Plaintiff's Guardian Ad-Litem AMIREGH QUEZADA ("Quezada"), to be taken on June 4, 2025. Again, following a meet and confer conference with counsel for all

2

parties on May 14, 2025, and after plaintiffs' counsel advised that Quezada was available for deposition on June 17, 2025, Defendant Garcia rescheduled and re-noticed Guardian Ad Litem Quezada's deposition accordingly, serving the corresponding amended notice on May 14, 2025.

4. On June 16, 2025 at 3:51 p.m., less than 24 hours prior to the deposition of Guardian Ad Litem Quezada was set to begin, Plaintiffs served all parties with Plaintiff's Objection to the Notice of the Deposition of Guardian Ad-Litem Amiregh Quezada citing to an unexpected and unavoidable conflict.

5. Plaintiffs further advised at that time that they would be seeking to dismiss all claims brought by Gonzalez, effectively dismissing her as a plaintiff in this matter. Further, Plaintiffs explained that they would be seeking to have Gonzalez replace Quezada as the Guardian Ad Litem for the minor plaintiffs once Gonzalez's claims were dismissed.

6. Due to the late and unreasonable notice of plaintiffs objecting to the deposition of Quezada, Defendants proceeded with taking a Notice of Non-Appearance for Guardian Ad Litem Quezada at her scheduled deposition on June 17, 2025. The Parties met and conferred by Zoom videoconference immediately thereafter.

7. On June 17, 2025, the parties filed their Joint Motion and Request for Dismissal of Heidi Gonzalez's claims.

8. On June 17, 2025, plaintiffs filed their Motion to Replace Guardian Ad Litem Quezada with Gonzalez.

9. On June 17, 2025, Plaintiffs further advised that they would supplement their written discovery responses for minor Plaintiffs A.C., C.C., and Z.C., by June 19, 2025, based on the expected Guardian Ad Litem change. Seeing as Plaintiffs are in the process of dismissing Ms. Gonzalez as a Plaintiff and appointing her as the minor plaintiffs' Guardian Ad-Litem, Plaintiffs advised that they would provide the substantive supplemental responses by June 19, 2025 and would provide the formal

3

verifications to the same *after* Ms. Gonzalez is formally appointed as Guardian Ad Litem for the minor plaintiffs by the Court.

10. Following the conference of counsel on June 17, 2025, Plaintiffs' counsel advised Defendants that supplemental responses for the minor Plaintiffs would be forthcoming on June 19, 2025. However, the birthday of one of the minor Plaintiffs was on June 19, 2025. Due to the severe emotional toll that providing supplemental responses to the subject special interrogatories on or before June 19, 2025 would cause, Plaintiffs agreed to supplement the minor Plaintiffs' special interrogatory responses the following day, on June 20, 2025.

11. In light of the foregoing and in anticipation of Plaintiffs' appointment of Ms. Gonzalez as Guadian Ad-Litem for the minor plaintiffs, the parties agreed to re-schedule the deposition of Gonzalez so as to avoid causing Defendants prejudice with the last minute changes of Gonzalez's role in the case and the supplemental discovery responses coming just a day prior to her previously scheduled deposition. The June 20, 2025 deposition of Gonzalez was thus taken off calendar with the agreement such would be re-scheduled for a date following her appointment as Guardian Ad Litem.

12. Additionally, despite potentially no longer being a party or a representative in this case, Quezada still possesses relevant incident-related and damage-related knowledge, as described in Plaintiffs' FRCP Rule 26 initial disclosure, served on July 8, 2024, and thus remains a necessary fact witness who Defendants intend to depose.

13. In light of these changes to the pleadings and parties occurring so close in time to the currently operative June 27, 2025 fact discovery cut-off, the parties have agreed to extend the fact discovery cut-off **only** so as to permit Defendants to take the depositions of Quezada and Gonzalez once the pleadings and representation issues are sorted and formally Court approved.[1] The parties have thus agreed to notice and

---

[1] Nothing in this Stipulation or any associated Order shall be construed to amend (footnote continued)

4

1 schedule the deposition of Ms. Quezada for July 17, 2025 and the deposition of Ms. 2 Gonzalez for July 18, 2025, or on another date(s) within 30 days of the Court's Order 3 granting the substitution of the Guardian Ad Litem, if such is entered later.

4     14.    This further requires the parties to stipulate to continue the Mandatory 5 Settlement Conference ("MSC"), currently set for July 17, 2025, so as to ensure the 6 parties can meaningfully engage in settlement discussions once the pleadings are 7 finalized and all plaintiffs have all been deposed. The parties stipulate and agree that 8 such MSC should be set for a workable date for the Court in January of 2026 following 9 the close of discovery and after dispositive motions.  This will ensure that the MSC 10 is as productive as possible, as the Parties will have knowledge of all claims, defenses, 11 and factual disputes by that date.

12     15.    Nothing in this Stipulation or any associated Order shall be construed as 13 any request by Defendants or Plaintiffs to extend any other pending deadlines; and 14 the Parties oppose any such extension – except as to this limited extension so as to 15 permit Defendants' depositions of anticipated Guardian Ad-Litem Heidi Gonzalez 16 and Amiregh Quezada and of the Mandatory Settlement Conference.

17     16.    Accordingly, considering the foregoing, and to facilitate the interests of 18 all parties to this action, by and through their counsel of record in this action, the 19 parties hereby Stipulate that **Good Cause exists** for the Court to **modify the operative** 20 **case management scheduling order** as follows herein below.

21 ///
22 ///
23 ///

---

or overrule Magistrate Judge Torres' June 13, 2025 Order Following Discovery Conference permitting Defendant Garcia to reopen Plaintiff Rosaura Corrales' deposition for the limited purpose of questioning Plaintiff Rosaura Corrales' regarding issues raised or topics reflected in certain medical records. [Dkt. 67.]

5

# STIPULATION AND JOINT REQUEST TO MODIFY CASE MANAGEMENT SCHEDULE.

17. In light of the foregoing Good Cause, the parties respectfully request that the Court modify the operative case management scheduling order as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline (Old):* | *NEW Date-Deadline:* |
|---|---|---|
| Non-Expert Discovery Cut-Off (Fact Discovery Completion Due) – All Other Non-Expert Discovery *Except* As to the Depositions of Heidi Gonzalez and Amiregh Quezada[2] | June 27, 2025 | **June 27, 2025 (no change)** |
| Fact Discovery Cut-Off – As To the Depositions of Heidi Gonzalez and Amiregh Quezada | June 27, 2025. | **July 18, 2025 (or 30 days after Court Order Appointing Gonzalez as Guardian Ad Litem)** |
| Expert Discovery Cut-Off | October 24, 2025 | **October 24, 2025 (no change)** |
| Last Hearing Date for Dispositive Motions (MCOH) | November 21, 2025 | **November 21, 2025 (no change)** |
| Mandatory Settlement Conference, via Zoom | July 16, 2025, 9:30 a.m. | **January 30, 2026, 9:30 a.m.** |
| Pre-Trial Disclosures Due | March 19, 2026 | **March 19, 2026 (no change)** |
| Final Pre-Trial Conference ("PTC") and Motions in Limine Hearing | April 16, 2026, 2:00 p.m. | **April 16, 2026, 2:00 p.m. (no change)** |
| TRIAL | Not Yet Set | **Not Yet Set (No change)** |

18. Except as specified herein above, all other dates and deadlines operative as of the Court's scheduling Orders would remain unchanged and unaffected by the parties' Stipulation or any associated Order made pursuant thereto; nor would this

---

[2] Notwithstanding the above-mentioned permitted reopening of Plaintiff Rosaura Corrales' deposition. [Dkt. 67.]

Stipulation or any associated Order affect any dates or deadlines that had already lapsed: *only* the deadlines and dates specified herein above shall be modified by this Stipulation and any associated Order.

19. Nothing in this Stipulation shall be construed as affecting, vacating, modifying, or rescinding the Court's Protective Order re Confidential Documents [*e.g.*, Dkt. 45].

20. Moreover, in light of the foregoing Good Cause, Defendants stipulate to allow minor Plaintiffs A.C., C.C., and Z.C., to provide verification for their supplemental written discovery responses after Plaintiff HEIDI GONZALEZ is dismissed and appointed as Guardian Ad-Litem.

**IT IS SO STIPULATED**.

DATED: June 20, 2025         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *Tori L.N. Bakken*
Tony M. Sain
Tori L.N. Bakken
Attorneys for Defendant,
Deputy ANTHONY GARCIA

DATED: June 20, 2025         CLAUDIA G. SILVA, COUNTY COUNSEL, COUNTY OF SAN DIEGO

By: *Jennifer M. Martin*
Jennifer M. Martin, Senior Deputy
Sylvia S. Aceves, Senior Deputy
Attorneys for Defendant,
COUNTY OF SAN DIEGO

| | | |
|---|---|---|
| 1 | DATED:  June 20, 2025 | BURRIS NISENBAUM CURRY & LACY, LLP |

By:  *Julia N. Quesada*
     DEWITT M. LACY
     JULIA N. QUESADA
Attorneys for Plaintiffs,
JOSE CORRALES, ROSAURA CORRALES, HEIDI GONZALEZ, Z.C., A.C., and C.C.

**FEDERAL COURT PROOF OF SERVICE**
Corrales, Jose, et al. v. County of San Diego, et al.
USDC Case No. 3:23-cv-01468-AJB-VET; C/M# 58859.1

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 20, 2025, I served the following document(s): **STIPULATION AND JOINT REQUEST OF THE PARTIES FOR LIMITED EXTENSION OF THE FACT DISCOVERY DEADLINE ONLY SO AS TO ALLOW FOR DEFENDANTS' DEPOSITIONS OF HEIDI GONZALEZ AND AMIREGH QUEZADA; AND TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE IN THIS MATTER**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 20, 2025, at Los Angeles, California.

/s/ *Curfew F. Wilson*
Curfew F. Wilson

1

# SERVICE LIST
**Corrales, Jose, et al. v. County of San Diego, et al.**
**USDC Case No. 3:23-cv-01468-AJB-VET; C/M# 58859.1**

| | |
|---|---|
| John L. Burris, Esq.<br>BURRIS, NISENBAUM, CURRY, & LACY LLP<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, California 94621<br>Telephone: 510.839.5200<br>Facsimile: 510.839.3882<br>Email: john.burris@johnburrislaw.com | **Attorneys for Plaintiffs,**<br>*Jose Corrales, Rosaura Corrales, Heidi Gonzalez, Z.C., a minor by and through Guardian Ad Litem, Amiregh Quezada, C.C., a minor by and through Guardian Ad Litem, Amiregh Quezada, and A.C., a minor by and through Guardian Ad Litem, Amiregh Quezada* |
| Dewitt M. Lace, Esq.<br>Julia N. Quesada, Esq.<br>Lena P. Andrews, Esq.<br>BURRIS, NISENBAUM, CURRY, & LACY LLP<br>9701 Wilshire Blvd., Suite 1000<br>Beverly Hills, California 90212<br>Telephone: 310.601.7070<br>Facsimile: 510.839.3882<br>Email: dewitt@bncllaw.com<br>julia.quesada@bncllaw.com | **Attorneys for Plaintiffs,**<br>*Jose Corrales, Rosaura Corrales, Heidi Gonzalez, Z.C., a minor by and through Guardian Ad Litem, Amiregh Quezada, C.C., a minor by and through Guardian Ad Litem, Amiregh Quezada, and A.C., a minor by and through Guardian Ad Litem, Amiregh Quezada* |
| Bakari T. Sellers, Esq.<br>STROM LAW FIRM, L.L.C.<br>6923 N Trenholm Road<br>Columbia, South Carolina 29206<br>Telephone: 803.252.4800<br>Facsimile: 803.252.4801<br>Email: BSellars@stromlaw.com | **Attorneys for Plaintiffs,**<br>*Jose Corrales, Rosaura Corrales, Heidi Gonzalez, Z.C., a minor by and through Guardian Ad Litem, Amiregh Quezada, C.C., a minor by and through Guardian Ad Litem, Amiregh Quezada, and A.C., a minor by and through Guardian Ad Litem, Amiregh Quezada* |
| Jorge L. Montes, Esq.<br>(ARN: 6198136) (CAN: 33853)<br>MONTES & ASSOCIATES<br>831 N Ashland Avenue<br>Chicago, Illinois 60622<br>Telephone: 312.850.9844<br>Facsimile: 312.850.9835<br>Email: jorge@montesassociates.com | **Attorneys for Plaintiffs,**<br>*Jose Corrales, Rosaura Corrales, Heidi Gonzalez, Z.C., a minor by and through Guardian Ad Litem, Amiregh Quezada, C.C., a minor by and through Guardian Ad Litem, Amiregh Quezada, and A.C., a minor by and through Guardian Ad Litem, Amiregh Quezada* |

Jennifer M. Martin, Esq.
OFFICE OF THE COUNTY COUNSEL -
COUNTY OF SAN DIEGO
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone:  619.531.4901
Email:
jennifer.martin2@sdcounty.ca.gov
sylvia.aceves@sdcounty.ca.gov
amy.trujillo@sdcounty.ca.gov
Samantha.Cheetham@sdcounty.ca.gov

**Attorneys for Defendant,**
*COUNTY OF SAN DIEGO*

3