1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 JOSE CORRALES, an individual, et al., | Case No.: 3:23-cv-01468-AJB-VET |
| 12 Plaintiffs, | **ORDER FOLLOWING DISCOVERY CONFERENCE** |
| 13 v. | |
| 14 COUNTY OF SAN DIEGO, a municipal entity; ANTHONY GARCIA, | |
| 15 individually and in his official capacity as a deputy for the San Diego County | |
| 16 Sheriff's Department; and DOES 1-50, | |
| 17 inclusive, individually and in their official capacity as deputies for the San Diego | |
| 18 County Sheriff's Department, | |
| 19 Defendants. | |
| 20 | |

21      The Court held a Discovery Conference on July 24, 2025. Counsel Julia N. Quesada

22  appeared for Plaintiffs, Counsel Jennifer Martin appeared for Defendant County of San

23  Diego, and Counsel Tori Bakken appeared for Defendant Anthony Garcia.

24      The parties raised a discovery issue concerning the deposition of third-party witness,

25  Amiregh Quezada ("Ms. Quezada"). Defendants' deadline to take the deposition of

26  Ms. Quezada was July 18, 2025. Doc. No. 73.

27      Prior to July 18, 2025, Defendants noticed Ms. Quezada's deposition on two separate

28  occasions and served a deposition subpoena under Federal Rule of Civil Procedure 45, with

Plaintiffs' counsel agreeing to accept service on behalf of Ms. Quezada. On both occasions, Ms. Quezada cancelled her deposition the day before the deposition was set to occur, most recently on July 17, 2025. Plaintiffs offered to remove Ms. Quezada from Plaintiffs' Rule 26 disclosures if Defendants agreed to cancel Ms. Quezada's deposition. Defendants declined the offer, and presently, the deposition of Ms. Quezada is reset for July 31, 2025.

Plaintiffs' counsel confirmed that her office does not represent Ms. Quezada and that she is not otherwise represented by counsel. Plaintiffs' counsel is only assisting Ms. Quezada with facilitating her deposition. Accordingly, Defendants seek to preserve their right to compel Ms. Quezada's deposition should she fail to appear on July 31, 2025. As a general matter, Plaintiffs do not object to Ms. Quezada's deposition proceeding as scheduled.

Based on the parties' representations, the Court **ORDERS** the following:

1.    In accordance with Federal Rule of Civil Procedure 45(b), Defendants **SHALL** promptly serve Ms. Quezeda *personally* with the deposition subpoena and notice setting her deposition for July 31, 2025.

2.    If Ms. Quezada fails to appear for her deposition on July 31, 2025, Defendants **may** file a motion to compel Ms. Quezada's deposition by no later than **August 7, 2025**.

3.    The Scheduling Order and the Court's June 30, 2025 Order remain in effect. Doc. Nos. 52, 73.

**IT IS SO ORDERED.**

Dated: July 24, 2025

_____
Honorable Valerie E. Torres
United States Magistrate Judge